```
 1  THOMAS P. O'BRIEN
 2  United States Attorney
 3  LEON W. WEIDMAN
 4  Assistant United States Attorney
    Chief, Civil Division
 5  BRENT A. WHITTLESEY
 6  Assistant United States Attorney
 7  Financial Litigation Unit
 8  brent.whittlesey@usdoj.gov
 9  California Bar No. 73493
10        Room 7516-AA Federal Building
11        300 North Los Angeles Street
12        Los Angeles, CA   90012
          Telephone: (213) 894-2445
13        Fax No.:   (213) 894-5900
14
15
    Attorneys for Plaintiff
16  United States of America
17
18
19                      UNITED STATES DISTRICT COURT
20
21                     CENTRAL DISTRICT OF CALIFORNIA
22
23
24
    UNITED STATES OF AMERICA        )   No.  CV 08-08018-CBM (MANx)
25                                  )
26           Plaintiff,              )
27                                  )
28        v.                        )   ORDER FOR APPEARANCE OF JUDGMENT
                                    )   DEBTOR
    JOHN KIM,                       )
                                    )
                                    )
             Defendant              )
    _____
```

    Upon reading the Application by the United States and a Declaration of Brent A. Whittlesey, and it appearing that this is a proper case for the appearance of John Kim, judgment debtor herein ("Judgment Debtor");

    IT IS ORDERED that John Kim, shall appear personally before Hon. **Margaret A. Nagle**, United States Magistrate Judge in Courtroom **580**, located at UNITED STATES COURTHOUSE, **255 E. Temple St.**, LOS ANGELES, CALIFORNIA 90012; on **January 21, 2009**, at **10:00 a.m.**, to furnish information to aid in enforcement of a money judgment.

    The Judgment Debtor John Kim is also ordered to bring with him the documents or objects on the attached list.

DATED: December 15, 2008

                                 /S/
                         HONORABLE MARGARET A. NAGLE
                         UNITED STATES MAGISTRATE JUDGE

NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO <u>ARREST</u> AND PUNISHMENT FOR CONTEMPT OF COURT, AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.  CAL. CODE CIV. PROC. 708.110(e).

Presented by:

THOMAS P. O'BRIEN
United States Attorney

LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

_____
BRENT A. WHITTLESEY
Assistant United States Attorney
Financial Litigation Unit