1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   BRENT A. WHITTLESEY
4  Assistant United States Attorney
   Financial Litigation Unit
5  brent.whittlesey@usdoj.gov
   California Bar No. 73493
6        Room 7516-AA Federal Building
         300 North Los Angeles Street
7        Los Angeles, CA  90012
         Telephone: (213) 894-2445
8        Fax No.:   (213) 894-5900

9  Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CV 08-08018-CBM (MAN) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER FOR APPEARANCE OF THIRD PARTY |
| JOHN KIM, | ) | |
| Defendant | ) | |

Upon reading the Application by the United States and the Declaration of Brent A. Whittlesey, and it appearing that this is a proper case for the appearance of Nancy Kim, third party judgment debtor herein ("Third Party Judgment Debtor");

IT IS ORDERED that Nancy Kim shall appear personally before Hon. **Margaret A. Nagle**, United States Magistrate Judge in Courtroom **580**, located at UNITED STATES COURTHOUSE, **255 E. Temple St.**, LOS ANGELES, CALIFORNIA 90012; on **January 21, 2009**, at **10:00 a.m.**, to furnish information to aid in enforcement of a money judgment.

The Third Party Judgment Debtor, Nancy Kim is also ordered to bring with her the documents or objects on the attached list.

DATED: December 15, 2008

                                             /S/
                            HONORABLE MARGARET A. NAGLE
                            UNITED STATES MAGISTRATE JUDGE

NOTICE TO THIRD PARTY JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO <u>ARREST</u> AND PUNISHMENT FOR CONTEMPT OF COURT, AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.  CAL. CODE CIV. PROC. 708.110(e).

Presented by:

THOMAS P. O' BRIEN
United States Attorney

LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

_____
BRENT A. WHITTLESEY
Assistant United States Attorney

Attorneys for Plaintiff
United States of America